UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                      CASE NO. 8:19-cr-388-T-35AEP

NELSON ISRAEL ALFARO,
    and
GILBERTO EDUARDO DE LOS RIOS
    a/k/a "Kiko"

**JOINT STATUS REPORT**

Pursuant to the Pretrial Discovery Order and Notice of Trial and Status Conference (Doc. 15), the parties hereby provide the following joint status report pertaining to the above-described case with defendant Nelson Israel Alfaro:[1]

**1.      A brief summary of the case's status and number of remaining defendants (and the number of fugitives).**   On August 29, 2019, a federal grand jury indicted attorney Nelson Israel Alfaro and Gilberto Eduardo De Los Rios for conspiracy to defraud the United States, obstruct justice, and make false statements to federal law enforcement officers.   The grand jury also charged Alfaro and De Los Rios with six substantive counts of obstruction of justice and making false statements to federal law enforcement

---

[1]      Because De Los Rios has not been arraigned yet, this joint status report only pertains to Alfaro and the United States.

officers.   Subsequently, on September 9, 2019, Alfaro appeared before U.S. Magistrate Judge Anthony E. Porcelli for his initial appearance, bond hearing, and arraignment.   Alfaro is on pretrial release pending trial.

The FBI arrested De Los Rios in Miami on September 9, 2019.   U.S. Magistrate Judge Edwin G. Torres held an initial appearance for De Los Rios, ordering his release on a $50,000 secured bond with GPS monitoring.   De Los Rios has yet to appear in the Middle District of Florida for arraignment.

Discovery is due to Alfaro on September 19, 2019.   The United States will provide Alfaro with discovery in a timely fashion, along with a proposed plea agreement.

2. **The possibility, if known, of a plea agreement as to each defendant.**   The United States is in the process of drafting a plea agreement and will tender it to Alfaro next week.   The United States has not entered into any plea discussions with De Los Rios, but anticipates doing so upon his appearance in Tampa.

3. **The number of days for trial each side requires.**   If this case goes to trial—which seems unlikely—the government's case will take no more than five days and Alfaro's case will not exceed two days, for a total of seven days.

**4.     A list of all pending motions, the dates on which they were filed and whether they are ripe for determination.**   None.

**5.     A brief explanation as to whether a potential speedy trial problem exists.**   With Alfaro's and De Los Rios's initial appearances on September 9, 2019, speedy trial runs on Monday, November 18, 2019.   There are no speedy trial issues at this time.

                                      Respectfully submitted,

                                      KARIN B. HOPPMANN
                                      Attorney for the United States,
                                      Acting Under Authority Conferred
                                      By 28 U.S.C. § 515

| By: | s/Henry Bell | By: | s/Simon Gaugush |
|---|---|---|---|
| | Henry Bell | | Simon A. Gaugush |
| | Bell Rosquete Reyes | | Assistant United States Attorney |
| | Florida Bar No. 90689 | | Florida Bar No. 440050 |
| | 999 Ponce de Leon Blvd. | | 400 N. Tampa Street, Suite 3200 |
| | Suite 1120 | | Tampa, Florida 33602-4798 |
| | Coral Gables, FL 33134 | | Telephone:   (813) 274-6000 |
| | Tel. (305) 570-1610 | | Facsimile:   (813) 274-6358 |
| | Fax (305) 570-1599 (f) | | E-mail:   simon.gaugush@usdoj.gov |
| | Email: hbell@brresq.com | | |